AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

-------------------------------------------------------DISTRICT OF------------------------------------------------------

USA

v.

Anthony Hawkins

EXHIBIT AND WITNESS LIST

Case Number: 6:22-186

| Presiding Judge | Plaintiff's Attorney | Defendant's Attorney |
|---|---|---|
| HON. HENRY M. HERLONG, JR. | Sheria Clarke, AUSA<br>Justin Holloway, AUSA | Lucas Marchant, CJA<br>Lester Moyer, |
| Trial Date(s)<br>August 23 - ____, 2022 | Court Reporter<br>Fred Bostic | Courtroom Deputy<br>Teresa Johnson |

| Plf No. | Def No. | Date Offered | Marked | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| G-1 | | 8/23/22 | ✓ | ✓ | Stipulation - Lab Rpt and Chain of Custody |
| G-2 | | 8/23/22 | ✓ | ✓ | Stipulation - Value of 1 Kilo cocaine |
| G-3 | | 8/23/22 | ✓ | ✓ | Blair Dash Cam fm 10/22/21 Stop |
| G-4 | | 8/23/22 | ✓ | ✓ | Blair Body Camera fm 10/22/21 Stop |
| G-5 | | 8/23/22 | ✓ | ✓ | Blair In-Car Camera fm 10/22/21 Stop |
| G-6 | | 8/23/22 | ✓ | ✓ | Photo - Rear of Vehicle AL Plates |
| G-7 | | 8/23/22 | ✓ | ✓ | Photo - Vehicle ID Number |
| G-8 | | 8/23/22 | ✓ | ✓ | Photo - Vehicle Registration |
| G-9 | | 8/23/22 | ✓ | ✓ | Photo - Rear of Vehicle |
| G-10 | | 8/23/22 | ✓ | ✓ | Rear of Vehi |
| G-11 | | 8/23/22 | ✓ | ✓ | Opening to Trap Compartment |
| G-12 | | 8/23/22 | ✓ | ✓ | Inside Trap Compartment |
| G-13 | | 8/23/22 | ✓ | ✓ | Kilos Stuffed into Trap |
| G-14 | | 8/23/22 | ✓ | ✓ | Kilos in Trap Compartment |
| G-15 | | 8/23/22 | ✓ | ✓ | Kilos on Rear Bed |
| G-16 | | 8/23/22 | ✓ | ✓ | Field Test |
| | D1 | 8/23/22 | ✓ | ✓ | EOC - HIT SQUAD |
| | D2 | 8/23/22 | ✓ | ✓ | EOC NOTIFICATION |
| | D3 | 8/23/22 | ✓ | ✓ | Email fm Hit SQUAD |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____

AO187A (REV. 7/87) **EXHIBIT AND WITNESS LIST - CONTINUATION**

| USA | | | vs. Anthony Hawkins | | CASE NO. 6:22-186 |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| G17 | | 8/23/22 | ✓ | | PLEA AGREEMENT |
| G6 | | 8/23/22 | ✓ | ✓ | Photo - Rear of Vehicle AL Plate |
| G7 | | 8/23/22 | ✓ | ✓ | Vehicle Registration |
| G10 | | 8/23/22 | ✓ | ✓ | Rear of Vehicle |
| G11 | | 8/23/22 | ✓ | ✓ | Trap Compartment |
| G12 | | 8/23/22 | ✓ | ✓ | Inside Trap Compartment |
| | D4 | 8/23/22 | ✓ | | PROffer Agreement |
| G11 | | 8/23/22 | ✓ | ✓ | Opening to Trap Compartment |
| G6 | | 8/23/22 | ✓ | ✓ | Rear of Vehicle with AL Plates |
| G17 | | 8/23/22 | ✓ | | PLEA AGREEMENT |
| G18 | | 8/23/22 | ✓ | ✓ | |

Page ___ of ___ Pages